UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-587 |
| | : | |
| JAMES DOUGLAS LOLLIS, JR., | : | VIOLATION: |
| | : | |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(G), |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JAMES DOUGLAS LOLLIS, JR.**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By: */s/ Christopher D. Amore*
    CHRISTOPHER D. AMORE
    Assistant United States Attorney
    N.Y. Bar No. 5032883
    District of Columbia
    Capitol Riot Detailee
    555 4th Street, NW
    Washington, D.C. 20530
    Tel. No. (973) 645-2757
    Email: christopher.amore@usdoj.gov