Shannon M. Green
1

Date: 09 Dec 2021

To:  The Honorable Judge

        U.S. Federal Court
        in the case of James Lollis

Dear Judge Re: Case of James Lollis

I have written this character reference letter to tell you about a good friend, who
comes before you in court. His name is Mr. James Lollis. I would like to tell Your
Honor that Mr. Lollis is a fine man, both as a friend, a father, and a great neighbor.
We have been neighbors for 6 1/2 years in Crestview Hills Subdivision.  He is a
helpful neighbor who is always willing to volunteer with community projects and
assist in neighborhood needs.

Mr. Lollis is a single father who is raising two children and doing a wonderful job.
This is a nice, close-knit family.  His weekends are spent with his children hiking in
the mountains or swimming and camping or some adventure as a family.  He is
active in his children's school activities and always supporting their dreams and
outside interests.

He has 2 children who are very well-behaved.  His son and daughter are close
friends with my children.  They, and their father, are at my house often and are
always welcome, whether to play or have dinner or carpooling to and from Greer
Middle School and Greer High School.

I want to relate my humble gratitude to Your Honor in the matter of Mr James
Lollis.  I would pray for leniency in his behalf.  Mr. Lollis is a good man, a good
friend, and a wonderful father to his children.  Please consider him as I have
truthfully described him to you.  I would ask that you let him stay with his family.

Thank you.

Shannon M. Green

November 15, 2021


To Whom It May Concern,

RE:  James Lollis


James Lollis has been my neighbor for the past 15+ years.  He is an excellent neighbor, always willing to help in any way.  I've had the pleasure of watching him raise 2 wonderful children who are both kind and respectful.  James Lollis is someone I'm grateful to know, not only as a neighbor, but as a friend.


Rebecca William

Jay Bonnie Scruggs

Date: 05 Dec 2021

To: The Honorable Judge in the case of James Lollis

    U.S. Federal Court

Dear Judge Re: Case of James Lollis

I am writing this letter to tell you about a fine gentleman before you in court named Mr. James Lollis. I would like to vouch for Mr. Lollis' fine character, both as a friend, a father, and a great neighbor. We have been neighbors for 6 years in Crestview Hills Subdivision. Mr. Lollis is an upstanding helpful neighbor who is always willing to volunteer on community projects and assist in neighborhood needs.

Mr. Lollis is a single father, raising two children on his own and doing a great job. This is a good and close-knit family. His weekends are spent with his children hiking in the mountains or swimming and camping. He is active in his children's school activities and always supporting their endeavors and dreams.

His children are well-behaved and sweet kids who are close friends with my great-grandchildren. They, along with their father, are at my house often and are always welcome, whether to play or have dinner or carpooling to and from Greer Middle School and Greer High School.

I want to convey my sincerest gratitude to Your Honor in the matter of Mr James Lollis. I would pray for leniency in his case. Mr. Lollis is a good man, a good friend, and a great patriot for the United States.

Thank you,

Jay Bonnie Scruggs

Jay Bonnie Scruggs



# South Carolina
# Department of Labor, Licensing and Regulation

Real Estate Commission



110 Centerview Drive
Post Office Box 11847
Columbia, SC 29211-1847
Phone: (803) 896-4400
FAX: (803) 896-4427

Henry D. McMaster
Governor

Emily H. Farr
Director

<January 20, 2022>


CONFIDENTIAL


JAMES DOUGLAS LOLLIS JR
113 W CELESTRAL DR
GREER SC 29651

Re:  2021-507

Dear JAMES DOUGLAS LOLLIS JR:

Pursuant to South Carolina law, the Department of Labor, Licensing and Regulation investigated the initial complaint against you.  On 01/19/2022, the Real Estate Commission ordered the initial complaint be dismissed.

Thank you for your cooperation in this matter.  We wish you well in your future endeavors.

Sincerely,

Roderick T. Atkinson
Administrator