**Subject**  James Lollis Character Reference

**From**  bob gotts
<

**To:**  <j

**Date**  Today at 4:55 PM

Dear Judge,

    I am writing this letter to attests to the character of James Douglas Lollis. I have known James for 18 years and met him through mutual friends as I was looking at getting some home improvement work done and James came highly recommended. We soon became close friends and spent time with each other's families. James has always been eager to help out anyone, anywhere, at anytime. As an example to his willingness to help, approximately six years ago I was recuperating from fairly complex foot and ankle surgery. As a result, I was laid up for several weeks. I had two trade shows booked as an exhibitor and James gladly volunteered his time and resources to help me make my commitments. James never asked for or accepted anything in return for efforts.

    James and I have had numerous discussions on our Christian faith, our family life, and our professional endeavors. As such, James has always conducted himself in the most honorable and righteous ways possible. He is a trusted friend, extremely devoted father, and an asset to his community.

    In closing, please consider James' character and ethics to be tops amongst his peers. His willingness to render aid in any situation is not only an amazing trait that he displays, but also the cornerstone to his life and beliefs. If I can add anything or be of any further assistance, please do not hesitate to call me at


Robert Gotts
UAG Custom Shop

December 6, 2021

To Whom it May Concern:

I am writing this letter as a personal statement for my brother, James Douglas Lollis, Jr. I am James' older sister, Faye. James and I grew up together and have been close all of our lives.

James is a wonderful father to his children, Madison and JD. James is the custodial parent and has been responsible for them since his divorce. He does all of the day to day care of his children from getting them to school in the morning to doing homework in the evenings. He provides transportation to all of their after school activities such as color guard and basketball. He also provides all the love, support, and encouragement that he can. His children need him available to continue to provide all this love and support as they are in middle school and high school which are crucial years for children.

James also provides much support for our parents. James lives closest to our parents. They are still very independent, but as they grow older, he helps out as they need him to. He helps our father with tasks such as caring for the yard and small house repairs.

James is a good, caring man. He has many friends and makes friends wherever he goes. He is one of the first people many would call in an emergency, because he keeps a clear head and is willing to help any way he can. Thank you for your time and consideration.

Faye Lollis Hawkins

Letter of Character for James Douglas Lollis, Jr

December 7, 2021

To whom it my concern,

James is my brother, and simply because of that, he has my love.

He is a man that honors and upholds God, Family, and Country.

His faith and trust in God is unwavering, based on the values instilled from birth.

He is a devoted single father, always working hard to provide for his children, parenting with love, patience, and understanding.

He believes in the values held by the founding fathers of our country, in the equality and freedoms we have as Americans, respecting the processes built into our government, as well as honoring our country's history and historical sites. (We travelled and experienced much of the country as a family throughout our early lives.)

He is a man that believes in doing the right thing for people in need and does not shrink away from the moral responsibility to provide aid to others.

This is just a snapshot of the heart of the man that is James Lollis. He is a good man, worthy to be called brother.

Thank you for your time and consideration.

Deborah Lollis Barrett

12-7-21

Dear Judge,

    My name is Bryan Holder and I am writing this letter in regards to my friend James Lollis. I have known James for approximately 30 years. I first met James at church during our high school years and we became great friends. James has always been a dependable, loyal friend. Over the years I've seen him grow as an individual and especially as a father. James loves his children and will do whatever he can to make sure they are loved and taken care off in every aspect of life. James has always been a hardworking person that never expects handouts of any kind. If James believes it's worth having, it's worth working hard for. He is a fine, upstanding citizen that loves God, his family and his country.

Please feel free to contact me with any further questions you may have.

God Bless,
Reverend Bryan Holder
Lead Pastor
The Mill Church