Dear Judge,

My names is DeAnna McCarson and I have been Mr. Lollis' neighbor for 13 years. Being a single parent, Mr. Lollis has always been eager to lend a hand when I needed something, and has always kept me feeling safe. He is a wonderful, single dad to two of the kindest, well mannered kids. I watched him go thru heartache during a messy divorce but he made sure that his children were sheltered from all of the bad that was going on at the time. He fought for his kids and won. He raises them now alone with no help from their mother. He loves his family and his country and would fight to the end for both. He would never voluntarily hurt a soul. Like I previously said, I feel very safe with Mr. Lollis being my neighbor and feel very safe when my

11 year old daughter is hanging out with his kids at his house.

*DeAnna McCasron*

Michael Jason Curd

Simpsonville, SC 29681

11/22/2021

Re: Mr. James Douglas Lollis Jr.

Dear Honorable Judge,

I am writing on behalf of Mr. James Lollis. James and I have been close friends for over twenty-five years. I was shocked to hear about this recent case since I've always known him to put his family and friends first. I certainly understand the severity of this case, and I know James does as well. I was happy to write this letter of reference because while we are not relatives I do consider him to be a brother to me and an uncle to my children.

I'll try to be as brief as possible, our story takes some twists and turns. James and I met when were in our late teens through mutual friends. We found we had many things in common, often going fishing together behind his parents' house as well as concerts and other events around Greenville. We both met young ladies in our early 20's, got married and started having children at the same time. I was honored to be asked to be in James and Brandi's wedding. We attended their baby showers and over the years became well acquainted with his side of the family. Our wives and children would become friends over those years. When I needed some extra money James offered me some work with his flooring company. While I was excited to earn the money, I quickly found out flooring was NOT for me. Fast forward a couple of years late and I actually employed James to install wood flooring and ceramic tile in our home. Sadly, it was shortly after this that James had confided in me that he found out his wife Brandi had an affair. This took a terrible toll on his marriage and being a man of strong faith this nearly destroyed him. I tried my best to be a good friend and role model, and during this time our friendship (as well as our children's) grew even stronger. Sadly, as fate would have it six months later I found out that my wife was having an affair. I was at the beach with my family when I found out and the very first call I made was to James. He offered to come get me from the beach but I was able to secure a ride home. The next year he and I would spend many hours on the phone and on the fishing dock leaning on each other for support. We even made sure that our children were on the same visitation schedule so they could spend time together. He is one of the best fathers I know, and taught me to put my children first in all things. I would divorce in 2018 and

was able to move forward with confidence that I could be a great man and father knowing that a failed marriage would not define me. James and our children remained inseparable at times until I remarried in 2020. James and his children were in our wedding, with him beside me as my best man. He and my wife are very close also and our kids are often spending the night at each other's houses and getting together for holidays. Last year with James's concern and encouragement he also helped me step away from alcohol. I am proud to say today I have been sober for 327 days now.

I know this letter mentions many things about my life, but I can say without hesitation had it not been for James's fatherly example, friendship, guidance and support I would not be who and where I am today. I will continue to strive to be the friend he has been to me. I know he is extremely remorseful for his actions and while they can't be undone I know he will set an excellent example for moving forward. This was completely out of his character and It is with my sincere hope the court will take this letter into consideration.

Sincerely,

Michael Jason Curd

**Subject**   Fw: James' letter

**From**   Larry Lollis <

**To:**   > doug lollis <j

**Date**   t> Nov 17 at 12:45 PM

----- Forwarded Message -----
**From:** Larry Lollis <                           >
**To:** doug lollis <                  >
**Sent:** Wednesday, November 17, 2021, 11:29:49 AM EST
**Subject:** James' letter

To Whom It May Concern

James is our nephew, the only son of our oldest brother Doug and his wife Becky. Our family has always been close, spending Christmas and Easter holidays together. We have often shared summer vacations as well.   We have spent times with James as he has grown into a fine young man.  My husband worked for the SC DNR and there were times that James would come and spend days riding with Larry during his summer vacations.  He has also hunted with Larry during deer season.  He enjoyed spending time in the outdoors as much as Larry did.  He and his dad have been avid hikers over the years ,hiking over sections of the Appalachian trail together.

James is a devoted family man.  He loves his sisters,, nieces, nephews, cousins, and of course his parents and children.  We have watched James interact with his children during our many family gatherings.  He has taught them respect for others and to always show kindness towards others.
He is very much a "hands own" parent ,always supporting his children's activities.  His son JD has participated in sports and his daugher Madison
is finishing up her year in the band color guard.

James is proud to be an American.  He loves this country and wants to see it prosper.  He understands what it means to support our military and elected officials. James' dad and uncle served in the United States Navy and his great uncle Robert won a Purple Heart during WWII.

He has been raised in a Godly home which taught him to put others first.  On his visit to Washington, he was simply trying to exercise his right to free speech.  He obeyed all the orders given to him by the Capitol Police that day and put himself in danger to give CPR to someone else who was injured.

Please consider all these things when speaking to James about the events on January 6.  We, his family, love and support him.

                                                                                        Larry and Pam Lollis

I, Susan Tankersley, a Licensed Marriage and Family Therapist, attest that all information provided in this letter of character is true and accurate. I earned a Bachelor of Science in Psychology from North Greenville University in 2007. I earned a Master of Arts in Marriage and Family Therapy from Converse College in 2010. I earned a Fellowship position at WestGate Training and Consultation Network in 2010. I am the first recipient of the Rentz Award given to me at the conclusion of my Fellowship in 2013. The Rentz Award is given to the Fellow who performs above and beyond his or her expected duties. I began teaching Adolescent Psychology at North Greenville University in 2010 and taught General Psychology, Adolescent Psychology, and Psychopharmacology for North Greenville University as adjunct faculty as needed until December 2015. I am a Licensed Supervisor with the State of South Carolina and I am an Approved Supervisor with the American Association for Marriage and Family Therapy. Currently, I supervise Marriage and Family Therapy graduate students and Licensed Marriage and Family Therapist Associates. April 2011 to present, I have worked in private practice as a Licensed Marriage and Family Therapist in Greer, South Carolina. September 2017, I opened a second private practice in Travelers Rest, South Carolina. August 2018, I opened a third private practice in Anderson, South Carolina. In December 2019, I started a non-profit mental health teaching clinic and post-degree institute. In September of 2021 I relocated from Anderson, South Carolina to Clemson, South Carolina.

I began providing services for Mr. James Lollis in 2017. Therapy has consisted of assisting Mr. Lollis of processing his wife's infidelity, navigating separation and divorce, as well as learning how to become a single parent. Regarding Mr. Lollis' personality, he is highly empathetic and a loyal defender. Mr. Lollis' personality has been observed throughout the process of therapy.

Mr. Lollis self-reports a love for his country and his fellow man. He reports a history of witnessing many tragedies, including loss of lives, since adolescence. Those experiences have shaped his personality creating a desire to empathize with and rescue those in need. Lastly, Mr. Lollis verbalizes a high value of respect. Observable behaviors as well as the requests Mr. Lollis makes for the focus of therapy demonstrate to this therapist Mr. Lollis' high value of respect.

Sincerely,

Susan Tankersley

Susan Tankersley, MMFT, LMFT-S
SC License #'s 4557 & 4650

Matthew Whitehead

Greer, SC 29651

November 23, 2021

Dear Honorable Judge:

I have known James Lollis for over 20 years.

James is a person who I would characterize as caring and reliable and who has always put others' needs ahead of his own. Anytime my family or I have ever needed anything, he has been there without question or discussion. Further, James has provided inspiration both as a dedicated family man, commendably raising two children by himself, and as a man of faith.

It is my sincere hope that you will take this and other letters into consideration at the time of sentencing. Despite the circumstances surrounding this case, I still believe James to be a good person and a contributor to society.

Sincerely,

*[signature]*

Matthew Whitehead

Kasi Magee

Greer, SC 29651
(

November 20, 2021

Re: Character Reference for James Lollis, Jr.

To The Presiding Judge:

I am a friend of James Lollis, Jr. and have known him for 3 years. Our sons have been in school together since kindergarten and are best friends. I have also hired James as the sole landscaper for my home. We have become friends over the years and trust each other with our children and their care and safety.

I am aware of the charges that he has pleaded guilty to. I am writing to offer a glimpse of who James is, and that is someone who is far more than the offense he pled guilty to. In my time knowing James I've seen him successfully navigate life as a single father, showing dedication to his family and the health and happiness of his children. James is an amazing father, always putting his children first. He tries to live a moral life by maintaining strong faith and belief in God and a higher power. His work ethic is honest and fair. I have no qualms about hiring him for work in and around my home, as I trust him completely. James is always willing to help me with my son if I need him to pick him up or watch him. I've seen his relationships and interaction with other parents and I know they all feel the same. James is strong in his beliefs and would not intentionally do anything to cause damage or harm to anyone.

We have discussed the event and he has shown true remorse for attending and his regret that the event turned out in such a way that he did not expect. I truly believe that James did not go to Washington D.C. with ill intent to break any laws or participate in violence of any sort. Thank you for taking the time to learn more about James. I ask that you take my sincere thoughts into consideration at the time of sentencing.

I am available to discuss my thoughts further or answer any questions you may have. Thank you for your time.

Sincerely,


Kasi Magee

**Subject**   James Lollis Character Reference

**From**   bob gotts
           >

**To:**   <j

**Date**   Today at 4:55 PM

Dear Judge,

    I am writing this letter to attests to the character of James Douglas Lollis. I have known James for 18 years and met him through mutual friends as I was looking at getting some home improvement work done and James came highly recommended. We soon became close friends and spent time with each other's families. James has always been eager to help out anyone, anywhere, at anytime. As an example to his willingness to help, approximately six years ago I was recuperating from fairly complex foot and ankle surgery. As a result, I was laid up for several weeks. I had two trade shows booked as an exhibitor and James gladly volunteered his time and resources to help me make my commitments. James never asked for or accepted anything in return for efforts.

    James and I have had numerous discussions on our Christian faith, our family life, and our professional endeavors. As such, James has always conducted himself in the most honorable and righteous ways possible. He is a trusted friend, extremely devoted father, and an asset to his community.

    In closing, please consider James' character and ethics to be tops amongst his peers. His willingness to render aid in any situation is not only an amazing trait that he displays, but also the cornerstone to his life and beliefs. If I can add anything or be of any further assistance, please do not hesitate to call me at 864-908-0223.

Robert Gotts
UAG Custom Shop

Jose Fransisco Otarola-Nietzen
1
Greer, SC 29650
(

November 20, 2021

Re: Character Reference for James Lollis, Jr.

To The Presiding Judge:

I am a friend of James Lollis, Jr. and have known him for 3 years. My fiance introduced me to him not long after they met, when their sons started spending time together. We have socialized many times and attended events together. I currently teach his son Brazilian jiu jitsu at my academy.

I am writing this letter to offer my opinion on his character and my beliefs of who he is as a person. James is a great father who takes amazing care of his kids and puts them first. In discussing our views and stances on different subjects, I've always found him to be rational and pragmatic, even if we don't have the same outlook. He has done work for my fiance and we have left her son in his care on many occasions, with confidence in his honesty and responsibility. In teaching his son and interacting with them in that kind of atmosphere, I've seen James to be patient and level-headed. I've participated in conversations with them where he encourages hard work and strong character, but also taking care of those around you and not hurting others. While these conversations are on the surface about jiu jitsu, I believe it shows his disposition and values in everyday life.

I am aware of the charges against James, and we have talked at length about what he is being charged with. He acknowledges that being there wasn't the best decision but I genuinely think the situation he found himself in was unintentional and the outcome of that day wasn't what he wanted to be involved in. Despite this incident, I still strongly believe and know James to be a good, decent, and caring person.

I hope you take my words into consideration when making your decision. Please feel free to contact me with any follow-up questions you may have.

Sincerely,

*[signature]*

Jose Fransisco Otarola-Nitezen

Dear Judge,


The first thing that I want to say is my Daddy is very kind and thoughtful and he cares for us (the kids) very much. And he is very brave and keeps us safe during scary times, He teaches me and my sis many different skills and shows us the right way to do. Even Though he doesn't find video games interesting he still watches me play different games, and he plays basketball with me, helps me with school work, and skates with me. The funnest thing is to go to the mountains to hike with him/fish. But what I was trying to get at was that my dad is a good man.


Sincerely,
        REDACTED (his son)

Dear Judge,

      Hello Judge, my name is [redacted] I am James Lollis' daughter. I am 16 years old and a junior in high school. I am writing this letter to talk to you about my Father. He is an amazing person and Dad. My Father is my best friend. There's been multiple occasions where we have stayed up past midnight just talking about random stuff or watching movies. We even go on daddy/ daughter dates (out for dinner, shopping, walking downtown, etc.) every couple of months. I feel completely comfortable talking to him about anything, whether it be boys or school or girl problems in general. He always has the best advice. The bond I have with my Father is like no other that I have. He always puts me and my little brother first and does what is best for us. We couldn't ask for a better father.

Sincerely

[redacted]

November 16, 2021

Dear Honorable Judge:

I am the Mama of James Douglas Lollis, Jr. and I would like to give you some information about him from this Mama's heart. James is a compassionate, caring person and often seems to be placed where he can help someone who needs assistance. I can't remember all of the situations but this probably began in his twenties when he pulled a teenager out of a local lake to try to rescue him from drowning. He once assisted a woman who was in a road, trying to push her car out of the road, when she was hit from behind by another vehicle. He was nearby and assisted and stayed with her until help could arrive. And on January 6, 2021 he tried to help a man who was dying with hundreds of people nearby doing nothing, without regard to his own safety.

James is a patriot and a law abiding citizen. He has respect for those in authority. He loves God, his family, and his country. He would have no inclination to disobey the laws of the United States of America. He went to Washington, D.C. on January 6, 2021 to hear the President speak with no intention or plan of illegal activity. At no time did he disobey the Capitol Police but responded with "Yes Sir" when given directions.

He is also a hard worker. He first worked bagging groceries at a local grocery store as a high school student. Over the years he has worked various jobs, operating his own Hardwood Flooring business for about 10 years, but terminated the business when the economy was bad in 2012. He went back to Community College and earned a Mechatronics, AAS Degree in 2016. He hasn't worked directly in that field because the work schedules conflict with the hours he must be with his children. He earned his Real Estate License for S. C. in 2017 and has worked in that field until this year, after his arrest, when his Broker was threatened with a law suit (by an unknown person) for having him as an agent and returned his license to the Realtor Association. He hopes to return to that business when his legal situation is resolved.

His wife, and the Mama of his children, was unfaithful to their marriage in 2016 and subsequently left the home in 2018. His desire had been for a life-long marriage like his Daddy and me! He has been the Primary Custodial Parent since that time. She now lives out of state and sees the children only a few hours, usually every other weekend, and provides no support for them. James puts his entire life into the care of his children, a daughter who is now 16 years old and a 12 year old son. He is both Daddy and Mama to his children. He provides for them physically, emotionally, educationally, morally, spiritually--school work and activities, school conferences, family gatherings and

activities, medical and dental/orthodontic appointments, care when they are sick or have situations to deal with, etc. He is an outstanding parent, always putting their needs and wants ahead of his own! Both children are A/B students. His daughter is in the Beta Club, is Vice President of her high school Art Club, has had ballet lessons, is a member of the school Chorus and Band Color Guard and Winter Guard Teams. She was recently chosen as Upperclassmen Student of the Month by her teachers. His son plays church league basketball, is a member of the Student Council at his middle school, sings in the school Chorus, has plans to participate on the Track Team when allowed in the 7th grade, and enjoys taking Jiu Jitsu lessons. He also enjoys their trips to a local lake during the summer with family friends to swim and fish. A really fun day for the three of them, often with friends along, is traveling to the S. C./N. C. mountains to hike and play in the streams.

James' Daddy and I are very involved with our children and grand children. We are a close-knit family. We live about 40 minutes drive from these three but are actively involved in their lives and activities and are proud to see these children develop into terrific young people! The parent our son has become makes us very happy and proud! To me, being both Daddy and Mama to them as they grow into compassionate, caring, loving, educated, morally and spiritually sound adults will be his greatest accomplishments in life!

It is my desire that in reading this you will have a sound glimpse of the man James Lollis is and the positive difference he is making in his little corner of the world! Thank you for your attention to learning who he really is!

Rebecca Lollis
Greenville, S.C.

November 19, 2021

Dear Judge:

The old proverb "like father, like son" applies to the relationship between James, my son, and me. We share similar hobbies and interests. Fishing, hiking, camping, working with wood, and spending time outside are a few examples of things common for both of us. As far as intellectual behavior there is a strong appreciation for learning, freedom, liberty, temperament, as well as treating others with respect. The Constitution and the Declaration of Independence are second to the Bible with both having strong influences as evidenced by our beliefs and practices. In summation, the apple doesn't fall far from the tree.

Our country is important as well as its heritage. Significant events, sacrifices, and loss of lives to preserve our freedoms give meaning to our republic and make the preservation of that system worth passing to our children. My son cherishes a way of life that gives hope to all willing to work and reach forth to grow his dream. James is a patriot who believes that the government should, as one of our Presidents so eloquently stated, "serve the people." The government should not be feared as brutal and ruthless, subjecting hardships on those who may dissent to the majority rule.

My desire in writing this is to portray my son in a favorable way as any critic should expect. Hopefully this does not reflect any disrespect to your honor or seem to fill your ear with platitudes. In wrapping things up, I write that my son loves his family being a single Father, cares for then diligently, as far as their learning, respect for others, their participation in many school activities, their growth and love of God. All these efforts reflect a desire to teach moral and civic responsibility to his children along with a respect for authority.

Perhaps being a protector could be called a gift that he seems to have. He takes being a caretaker as a role others would forgo. Paraphrased, he likes to help other people who often are rejected or passed over. He showed this characteristic in Washington on January 6, 2021 when he tried vainly to help a dying man, only to be pepper-sprayed in the eyes.

This expression of the character of my son is by no means all inclusive, but I will close by saying James did not endeavor to break any laws and would not "knowingly" have done so, if in fact, he had perceived his actions to have been unlawful.

Considerations,
James D, Lollis, Sr.