UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Honorable Chief Judge Beryl A. Howell |
| v. | : | |
| | : | Case No.: 1:21-CR-671-BAH |
| JAMES DOUGLAS LOLLIS, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO EVIDENCE RE: JAMES LOLLIS SENTENCING**

Per this Honorable Court's February 15, 2022 Minute Order, the United States makes the following video evidence available to the Court electronically. These videos were previously made available to the Court in connection with the plea hearing, but were identified by different file names. As identified in the chart below, the file names have since been changed to describe the contents of the video and correspond to the exhibit labels referenced in the Government's sentencing memorandum.

| File Name | Source | Description | Length |
|---|---|---|---|
| Exhibit A – BWC Capitol Exterior.mp4 | Metro Police Department | Body-worn camera video | 1:00 |
| Exhibit B – CCV Senate Wing Door.mp4 | U.S. Capitol Police | CCTV video from inside the Senate Wing Door | 4:25 |
| Exhibit C – BWC Lower West Terrace.mp4 | Metro Police Department | Body-worn camera video | 0:28 |
| Exhibit D - Gunby Facebook video.jpg | Facebook page of Derek Gunby | Video of Gunby and Lollis on Metro | 9:05 |
| CCV Lower West Terrace.mp4 | U.S. Capitol Police | CCTV video from Lower West Terrace entrance | 0:48 |

The Government has conferred with counsel for the Defendant, and neither the Government nor the Defendant object to the public release of the above-listed videos.

                      Respectfully submitted,

                      MATTHEW M. GRAVES
                      United States Attorney
                      DC Bar No. 481052

By:    *s/ Christopher D. Amore*
           CHRISTOPHER D. AMORE
           Assistant U.S. Attorney
           NY Bar No. 5032883
           Capitol Riot Detailee
           970 Broad Street, Suite 700
           Newark, New Jersey 07102
           Christopher.Amore@usdoj.gov
           (973) 645-2757

## **CERTIFICATE OF SERVICE**

On February 15, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                           *s/ Christopher D. Amore*
                                           CHRISTOPHER D. AMORE
                                           Assistant U.S. Attorney
                                           Capitol Riot Detailee